# COURT OF APPEALS

## Thirteenth District

## Corpus Christi - Edinburg, Texas

Below is the JUDGMENT in the numbered cause set out herein to be Filed and Entered in the Minutes of the Court of Appeals, Thirteenth District of Texas, at Corpus Christi - Edinburg, as of the 25th day of July, 2013. If this Judgment does not conform to the opinion handed down by the Court in this cause, any party may file a Motion for Correction of Judgment with the Clerk of this Court.

CAUSE NO. 13-11-00013-CV                                    (Tr.Ct.No. C-1949-04-J)

BRANNAN PAVING GP, LLC D/B/A BRANNAN PAVING COMPANY,          Appellant,

v.

PAVEMENT MARKINGS, INC., SAN JUAN INSURANCE
AGENCY, INC. D/B/A VALLEY INSURANCE PROVIDERS
AND LEICHT GENERAL AGENCY,                                   Appellees.

On appeal to this Court from Hidalgo County, Texas.

\* \* \* \* \* \* \*

## JUDGMENT

On appeal from the 430th District Court of Hidalgo County, Texas, from a judgment signed December 2, 2010. Opinion by Justice Gregory T. Perkes.

THIS CAUSE was submitted to the Court on August 15, 2012, on the record and briefs. These having been examined and fully considered, it is the opinion of the Court that there was some error in the judgment of the court below, Said judgment is hereby REVERSED with respect to the breach of contract claims brought by Brannnan Paving GP, LLC against Pavement Markings, Inc., and REMANDED regarding the breach of contract claims to the trial court for further proceedings. The judgment is AFFIRMED: . (1) with respect to the negligence claims brought by Brannan Paving GP, LLC against San Juan Insurance Agency, Inc., d/b/a Valley Insurance Providers ("VIP") and Leicht General Agency, and RENDERED that Brannan Paving GP, LLC take nothing by its negligence claims; and (2) with respect to the DTPA claims brought by Pavement Markings, Inc. against San Juan Insurance Agency, Inc., d/b/a Valley Insurance Providers, and RENDERED that Pavement Markings Inc. take nothing by its DTPA claims.

Costs of the appeal are adjudged against appellees, PAVEMENT MARKINGS, INC., SAN JUAN INSURANCE AGENCY, INC. D/B/A VALLEY INSURANCE PROVIDERS AND LEICHT GENERAL AGENCY. It is further ordered that this decision be certified below for observance.

\* \* \* \* \* \*

## DORIAN E. RAMIREZ, CLERK